CJM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANTHONY LORENC, BOB LORENC, PELAGIA LORENC, MAGDALINE LORENC and BEATA LORENC,

Plaintiffs,

-against-

THE CITY OF NEW YORK, THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, WILLIAM C. THOMPSON, JR., President of the Board of Education of the City of New York, THE BOARD OF TRUSTEES OF THE FASHION INSTITUTE OF TECHNOLOGY, EDWIN GOODMAN, President of the Board of Trustees of the Fashion Institute of Technology, JACK DUNN, KENNETH DRAYTON, OGDEN SERVICES CORP., AMERICAN BUILDING MAINTENANCE CO. OF NEW YORK, ALBERT PALMACCIO, HOWARD SAFIR, Commissioner of the New York City Police Dep't, THOMAS O'MALLEY,

Defendants.

99 Civ. 2890

(ERK)(CLP)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties to this action, that all of plaintiff's claims are dismissed, <u>with prejudice</u>, as against all defendants pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the action is therefore dismissed in its entirety. Each party shall bear his, her or its own costs and attorneys' fees.

G242247.1

Dated: 12/22, 2004

**LAW OFFICES OF BRUCE A. YERMAN**

By: _____
Bruce A. Yerman (BY 2164)

350 Broadway, Suite 700
New York, New York 10013
(646) 613-0290

Attorneys for plaintiffs

Dated: 12/27/04

**JEFFREY SAMEL AND PARTNERS**

By: _____
Richard Soberman (RS    RAS 7330

150 Broadway, 20th Floor
New York, New York 10038
(212) 587-9690

Attorneys for American Building Maintenance Co. of New York and Albert Palmaccio

Dated: December 24, 2004

**NIXON PEABODY LLP**

By: _____
James P. O'Brien, Jr. (JO 9373)

990 Stewart Avenue
Garden City, New York 11530
(516) 832-7500

Attorneys for defendants Board of Trustees of the Fashion Institute of Technology, Edwin Goodman, Jack Dunn and Kenneth Drayton

Dated: 3 Feb 05

**WADE CLARK MULCAHY**

By: _____
(О____ 4338)

111 Broadway
New York, New York 10006
(212) 267-1900

Attorneys for defendant Ogden Services Corp.

Dated: Feb 10, 2004

SO ORDERED THIS 10 DAY OF Feb, ____.

signed
_____
Edward R. Korman
United States District Judge